UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-05452-JLS-BFM                          Date: March 20, 2026
Title:  Khalid Hashmi et al v. United States of America et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Kelly Davis  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER (1) TO SHOW CAUSE RE SANCTIONS AND (2) CONTINUING FINAL PRETRIAL CONFERENCE**

The Final Pretrial Conference in this matter is currently scheduled for March 27, 2026, at 10:30 a.m.  Pursuant to the Local Rules, the parties were required to lodge a Memorandum of Contentions of Fact and Law twenty-one (21) days before the Final Pretrial Conference.  C.D. Cal. R. 16-4.  On March 6, 2026, Defendant United States filed its Memorandum of Contentions of Fact and Law.  (Doc. 29.)  On March 16, 2026, Defendant lodged the required Proposed Pretrial Conference Order without any input from Plaintiffs, despite attempts to seek input.  (Doc. 30.)  To date, Plaintiffs have not filed their required Memorandum of Contentions of Fact and Law. [1]

Accordingly, the Court ORDERS that Plaintiffs show cause in writing for their failure to timely file a Memorandum of Contentions of Fact and Law and their failure participate in the filing of the Proposed Pretrial Conference Order no later than **March 25, 2026**.  Plaintiffs shall also file their Memorandum of Contentions of Fact and Law by

---

[1] The parties are further required to file a joint witness list and a joint exhibit list no later than five court days before the Final Pretrial Conference.  (Civil Trial Order ¶¶ III.E–G, Doc. 19).  The deadline for these filings was March 20, 2026.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-05452-JLS-BFM                           Date: March 20, 2026
Title:  Khalid Hashmi et al v. United States of America et al

that same date.  Alternatively, on or before that date, Plaintiffs may voluntarily dismiss this action.  Failure to timely and adequately respond to this Order will result in sanctions, up to and including the immediate dismissal of this action without further notice.  In light of this Order, the Final Pretrial Conference is CONTINUED until **May 1, 2026**.


Initials of Deputy Clerk: kd