UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-05452-JLS-BFM                          Date: May 29, 2026
Title:  Khalid Hashmi et al v. United States of America et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendant:

Not Present                                 Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE SANCTIONS UP TO AND INCLUDING DISMISSAL**

The final pretrial conference in this matter was continued to May 29, 2026, after lead counsel for Plaintiffs failed to appear at the conference on May 1, 2026.  Finding his explanation lacking, the Court sanctioned Plaintiffs' counsel for his failure to appear at the pretrial conference.  At the rescheduled pretrial conference, Plaintiffs' counsel again failed to appear.

Plaintiffs' counsel is therefore ORDERED TO SHOW CAUSE as to why further sanctions should not issue, up to and including dismissal of this action.  Plaintiffs' counsel shall respond, in writing, no later than **five (5) days** from the date of this order.

Initials of Deputy Clerk: kd